# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

Count One: 18 U.S.C. 371 – Conspiracy;
Count Three: 18 U.S.C. § 661 – Theft within Special Maritime and Territorial Jurisdiction

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Counts One and Three: Max. 12 months imprisonment; Max. 12 months supervised release; Max. 5 years probation; Max. $100,000 fine; $25 mandatory special assessment fee

**DEFENDANT - U.S**
DOMINIC ONSTOTT TUASON

DISTRICT COURT NUMBER
CR 19 0695

MAG

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction    ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   SHOW DOCKET NO.
☐ U.S. ATTORNEY ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant   MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   DAVID L. ANDERSON
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Denise M. Oki

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

---

**OFFENSE CHARGED**

Count One: 18 U.S.C. 371 – Conspiracy;
Count Two: 18 U.S.C. § 661 – Theft within Special Maritime and Territorial Jurisdiction

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Counts One and Two: Max. 12 months imprisonment; Max. 12 months supervised release; Max. 5 years probation; Max. $100,000 fine; $25 mandatory special assessment fee

---

**DEFENDANT - U.S**

▶ MELISSA SAN PEDRO,
a/k/a/ Marissa Joy Madsen

**DISTRICT COURT NUMBER**
CR 19 0695 MAG

FILED
DEC 17 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
U.S. Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on this form: DAVID L. ANDERSON
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Denise M. Oki

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT      Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,           ) CASE NO. CR 19 0695
                                         )
12 |      Plaintiff,                     ) VIOLATIONS:
                                         )
13 |      v.                             ) 18 U.S.C. § 371 – Conspiracy to Commit Offense
                                         ) Against the United States (Class A Misdemeanor);
14 | MELISSA SAN PEDRO,                  ) 18 U.S.C. § 661 – Theft within Special Maritime and
        a/k/a/ Marissa Joy Madsen, and   ) Territorial Jurisdiction (Class A Misdemeanor)
15 | DOMINIC ONSTOTT TUASON,             )
                                         )
16 |      Defendants.                    ) SAN FRANCISCO VENUE
                                         )

17

18                                   I N F O R M A T I O N

19  The United States Attorney charges:

20  COUNT ONE: (18 U.S.C. § 371 – Conspiracy to Commit Offense Against the United States)

21        Beginning on a date unknown but no later than January 14, 2018, and continuing thereafter until

22  on or about January 14, 2018, in the Northern District of California, the defendants,

23                                    MELISSA SAN PEDRO,
                                   a/k/a/ Marissa Joy Madsen and
24                                DOMINIC ONSTOTT TUASON,

25

26  knowingly and willfully conspired and agreed together and with each other, to commit an offense

27  against the United States: that is to take and carry away, with intent to steal and purloin, property of the

28  Sports Basement store located in the Presidio of San Francisco and within the Special Maritime and

Territorial Jurisdiction of the United States, in violation of Title 18, United States Code, Section 661.

OVERT ACTS

In furtherance of the conspiracy and to effect the objects of the conspiracy, the following overt acts, among others, were committed in the Northern District of California:

(a) SAN PEDRO brought aluminum foil and a dome magnet to the Sports Basement store and subsequently used it to interfere with loss prevention devices; and

(b) TUASON hid merchandise in his underpants while inside the store,

in violation of Title 18, United States Code, Section 371, a Class A misdemeanor

COUNT TWO: (18 U.S.C. § 661 – Theft within Special Maritime and Territorial Jurisdiction)

On or about January 14, 2018, in the Northern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant,

MELISSA SAN PEDRO,

did take and carry away, with intent to steal and purloin, property of the Sports Basement store, specifically one black-colored North Face brand jacket and one blue-colored Patagonia brand jacket, in violation of Title 18, United States Code, Section 661, a Class A misdemeanor.

COUNT THREE: (18 U.S.C. § 661 – Theft within Special Maritime and Territorial Jurisdiction)

On or about January 14, 2018, in the Northern District of California, within the Special Maritime and Territorial Jurisdiction of the United States, the defendant,

DOMINIC ONSTOTT TUASON,

did take and carry away, with intent to steal and purloin, property of the Sports Basement store, specifically a pair of leather gloves and a pair of socks, in violation of Title 18, United States Code, Section 661, a Class A misdemeanor.

DATED: December 16, 2019

DAVID L. ANDERSON
United States Attorney

_/s/ Denise Oki_
DENISE M. OKI
Special Assistant United States Attorney

INFORMATION    2